UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CAMERON MOSER

PLAINTIFF(S)

CASE NUMBER
4:22−cv−10098−JEM

v.

ALLEVIATE TAX, LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Alleviate Tax, LLC**

as of course, on the date March 1, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Carlos Davis*
Deputy Clerk

cc:  Judge Jose E. Martinez
     Alleviate Tax, LLC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)